Hecla Powder Company, Appellant, *v.* The Hudson River Ore and Iron Company, Respondent.

*Helca Powder Co.* v. *Hudson River O. & I. Co.*, 7 Misc. Rep. 630, affirmed. (Submitted January 25, 1897; decided March 2, 1897.)

Appeal from an order of the General Term of the Court of Common Pleas for the city and county of New York, entered May 18, 1894, which reversed a judgment in favor of plaintiff entered upon the report of referee and granted a new trial.

*Horace Graves* for appellant.

*Frank E. Smith* for respondent.

Order affirmed and judgment absolute ordered for respondent, with costs; no opinion.

All concur, except Bartlett, J., dissenting.